STATE OF MAINE
KENNEBEC, ss

SUPERIOR COURT
CRIMINAL ACTION
DOCKET NO. CR-11-321
∧M − KEN− 4/3/2012

STEVEN J. BURD, JR.,

    Petitioner

v.

ORDER ON PETITION FOR
POST-CONVICTION
REVIEW

STATE OF MAINE

    The petitioner challenges the use of his conviction for OUI in AUGDC-03-305 in the indictment charging class C OUI in AUGSC-10-442. He argues that he did not validly waive his right to counsel and his right to a jury trial. For the following reason, the petition is granted.

FINDINGS

    Attorney Steven Parker's calendar shows that he was the lawyer for the day in the Augusta District Court when the petitioner's plea to OUI was entered on 2/19/03. Attorney Parker's calendar shows further that he was scheduled to be in the Waterville District Court at 1:00 p.m. on 2/19/03. Understandably, Attorney Parker has no recollection of the events of that day.

    The petitioner also did not remember everything that occurred on 2/19/03. He did not recall being told about forms to fill out for an attorney and a jury trial. When his name was called, he spoke to the judge. At that time, he had not spoken to the lawyer for the day, who was not present, and the case was continued to the afternoon. The

1

lawyer for the day did not return to the Augusta District Court for the afternoon of 2/19/03.

The petitioner spoke to the judge but cannot recall what the judge said. There is no transcript of the proceedings.

The petitioner also spoke to the Assistant District Attorney. The petitioner does not remember exactly what was said but "it didn't sound good." The petitioner eventually pleaded guilty to the OUI charge.

Based on this record, the court concludes the petitioner never spoke to the lawyer for the day. The court cannot conclude that the petitioner waived his right to counsel and to trial voluntarily, knowingly, and intelligently. State v. Watson, 2006 ME 80, ¶ 15, 900 A.2d 702, 708.

The entry is

> The Petition for Post-Conviction Review is GRANTED. The OUI Convicition in AUGDC-CR-03-305 is stricken from the Indictment in AUGSC-10-442.

Date: April 3, 2012

Nancy Mills
Justice, Superior Court

STEVEN J BURD JR
  vs
STATE OF MAINE

SUPERIOR COURT
KENNEBEC, ss.
Docket No  AUGSC-CR-2011-00321

## DOCKET RECORD

PL. ATTY: CHARLES FERRIS                    State's Attorney: EVERT FOWLE
         FERRIS GURNEY AND CROOK PC
         11 PARK STREET
         WATERVILLE ME 04901
         APPOINTED 03/06/2012

Filing Document: PETITION               Major Case Type: POST CONVICTION REVIEW
Filing Date: 05/03/2011

## Charge(s)

## Docket Events:

05/03/2011 FILING DOCUMENT -  PETITION FILED ON 05/03/2011

05/16/2011 POST CONVIC. REVIEW -   REVIEW SENT FOR REVIEW ON 05/16/2011

07/07/2011 POST CONVIC. REVIEW -   ASSIGNMENT ASSIGNED TO DOCKET ON 07/01/2011

07/22/2011 POST CONVIC. REVIEW -   ASSIGNMENT ASSIGNED TO JUSTICE ON 07/06/2011
         ROBERT E MURRAY JR, JUSTICE
07/28/2011 POST CONVIC. REVIEW -   RESPONSE TO PETITION FILED ON 07/25/2011

         RESPONDENT'S MOTION TO DISMISS GROUNDS ONE AND TWO OF THE PETITION FOR POST CONVICTION
         REVIEW
07/28/2011 POST CONVIC. REVIEW -   RESPONSE TO PETITION FILED ON 07/25/2011

         RESPONDENT'S ANSWER TO THE PETITION FOR POST CONVICTION REVIEW DATED 4/27/11
07/28/2011 MOTION -   MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 07/20/2011

08/15/2011 MOTION -   MOTION FOR APPOINTMENT OF CNSL GRANTED ON 08/12/2011
         ROBERT E MURRAY JR, JUSTICE
         COPY TO PARTIES/COUNSEL
08/15/2011 Party(s):  STEVEN J BURD JR
         ATTORNEY -  APPOINTED ORDERED ON 08/12/2011

         Attorney:  ARNOLD CLARK
09/29/2011 POST CONVIC. REVIEW -   ASSIGNMENT ASSIGNED TO JUSTICE ON 09/29/2011
         NANCY  MILLS , JUSTICE
         AMENDED
11/08/2011 POST CONVIC. REVIEW -   PCR CONFERENCE SCHEDULED FOR 12/20/2011 at 08:00 a.m.
         NANCY  MILLS , JUSTICE
11/08/2011 POST CONVIC. REVIEW -   PCR CONFERENCE NOTICE SENT ON 11/08/2011

12/20/2011 POST CONVIC. REVIEW -   PCR CONFERENCE HELD ON 12/20/2011
         NANCY  MILLS , JUSTICE
         Attorney:  ARNOLD CLARK
         DA:  PAUL RUCHA
12/20/2011 POST CONVIC. REVIEW -   ORDER RESULTING FROM PCR CONF FILED ON 12/20/2011

NANCY MILLS , JUSTICE
12/22/2011 HEARING - EVIDENTIARY HEARING SCHEDULED FOR 02/27/2012 at 01:00 p.m.

NOTICE TO PARTIES/COUNSEL
12/22/2011 HEARING - EVIDENTIARY HEARING NOTICE SENT ON 12/22/2011

02/22/2012 MOTION - MOTION TO DISMISS FILED BY STATE ON 07/25/2011

DA: PAUL RUCHA
02/23/2012 CASE STATUS - CASE FILE LOCATION ON 02/23/2012

W/ J. MILLS FOR HEARING
03/05/2012 MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 03/02/2012

03/29/2012 MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 03/06/2012
          M MICHAELA MURPHY , JUSTICE
          COPY TO PARTIES/COUNSEL
03/29/2012 Party(s): STEVEN J BURD JR
          ATTORNEY - WITHDRAWN ORDERED ON 03/06/2012

          Attorney: ARNOLD CLARK
03/29/2012 Party(s): STEVEN J BURD JR
          ATTORNEY - APPOINTED ORDERED ON 03/06/2012

          Attorney: CHARLES FERRIS
04/04/2012 HEARING - EVIDENTIARY HEARING HELD ON 02/27/2012
          NANCY MILLS , JUSTICE
          DA: PAUL RUCHA
          Defendant Present in Court
04/04/2012 FINDING - GRANTED ENTERED BY COURT ON 04/03/2012
          NANCY MILLS , JUSTICE
          THE PETITION FOR POST CONVICTION REVIEW IS GRANTED. THE OUI CONVICTION IN AUGDC-CR-03-305
          IS STRICKEN FROM THE INDICTMENT IN AUGSC-CR-10-442
04/04/2012 ORDER - COURT ORDER ENTERED ON 04/03/2012
          NANCY MILLS , JUSTICE
          ORDER ON PETITION FOR POST CONVICTION REVIEW

A TRUE COPY
ATTEST: _____
                    Clerk